IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT STAGGS,** | CIV S-07-2026-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL ADAMS, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before April 9, 2008.

DATED: March 5, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order