**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
e-mail: vshjah@aol.com

Attorney for Petitioner
**ROBERT STAGGS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT STAGGS**, | ) | CIV-S-07-2026 MCE CMK P |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **DERRAL ADAMS**, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until June 10, 2008, to file a traverse, is granted. On or before June 10, 2008, petitioner shall file his traverse.

DATED: May 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE