IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT STAGGS,                  No. CIV S-07-2026-MCE-CMK-P

      Petitioner,

  vs.                                   <u>ORDER</u>

DERRAL ADAMS, et al.,

      Respondents.

_____/

       Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's second request for an extension of time (Doc. 16), filed on June 10, 2008.

       On May 13, 2008, the court granted petitioner's first request extending his time to file a traverse until June 10, 2008. Petitioner now seeks another extension of time due to counsel's busy schedule. Good cause appearing therefor, the request will be granted. No further extensions of time will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.     Petitioner's request for an extension of time is granted; and

/ / /

2. Petitioner shall file his traverse, if any, on or before July 14, 2008.

DATED: June 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE