IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STAGGS, | No. CIV S-07-2026-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| DERRAL ADAMS, et al., | |
|     Respondents. | |
| _____ / | |

      Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 18), filed on July 14, 2008.

      On January 8, 2008, the court issued an order permitting petitioner to file a traverse to respondent's answer within 30 days of service thereof. Petitioner now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Petitioner's motion for an extension of time is granted; and

///

///

2. Petitioner may file a traverse on or before July 24, 2008.

DATED: July 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE