IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STAGGS, | No. CIV S-07-2026-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DERRAL ADAMS, et al., | |
| Respondents. | |
| _____/ | |

The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(a). Specifically, after being assigned to this case, the undersigned became aware that he personally knows the petitioner and is and was a business and social acquaintance of petitioner's parents.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for all further proceedings. The Clerk of the Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: July 15, 2008

                                                                                       _____
                                                                                     **CRAIG M. KELLISON**
                                                                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26