IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT STAGGS**, | ) | CIV-S-07-2026 MCE DAD P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| **DERRAL ADAMS**, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until August 14, 2008, to file a traverse, is granted. On or before August 14, 2008, petitioner shall file his traverse.

DATED: August 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
stag2026.eot21