**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
e-mail: vshjah@aol.com

Attorney for Petitioner
**ROBERT STAGGS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT STAGGS**, ) | CIV-S-07-2026 MCE DAD P |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **DERRAL ADAMS**, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until August 25, 2008, to file a traverse, is granted (Doc. No. 23). On or before August 25, 2008, petitioner shall file his traverse.

DATED: August 20, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
stag2026.111a