IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT STAGGS,

      Petitioner,                       No. CIV S-07-2026 MCE DAD P

    vs.

DERRAL ADAMS, et al.,

      Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 25, 2008, petitioner requested an extension of time to file his traverse.  The traverse was filed on September 4, 2008.  The court will grant the request for extension of time nunc pro tunc, and the traverse will be deemed timely filed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 25, 2008 request for an extension of time (Doc. No. 25) is granted nunc pro tunc; and

/////

/////

/////

1

1         2.  Petitioner's traverse, filed on September 4, 2008, is deemed timely filed.

2   DATED: September 22, 2008.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:4
stag2026.eot25